IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RONALD E. PROCTOR, JR.,        :
                               :
        Plaintiff,             :
                               :
    v.                         :   Civ. Action No. 04-1370-JJF
                               :
C/O S. McCAIN, SGT. WALLACE,   :
LT. SEACORD, PARALEGAL         :
BRIAN D. ENGREM,               :
                               :
        Defendants.            :

O R D E R

WHEREAS, on June 29, 2005, the Court denied Plaintiff leave to proceed in forma pauperis and ordered Plaintiff to pay the initial filing fee within thirty days of the date the Court's order was sent to Plaintiff;

WHEREAS, to date, Plaintiff has failed to remit the filing fee;

NOW THEREFORE, IT IS HEREBY ORDERED this 31 day of October 2005, that Plaintiff's Complaint is **DISMISSED** without prejudice for failure to pay the filing fee.

_____
UNITED STATES DISTRICT JUDGE