In The United States District Court
District of Delaware

Ronald E. Proctor Jr
    Plaintiff,

vs.                      C.A. No. 04-01370JJF

McCain et al.,
    Defendants.

**FILED NOV 28 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

Notice of Appeal

Comes Now Plaintiff Ronald E. Proctor Jr pro se in the above styled cause and appeals the order of 10-31-05 in the above styled cause by Honorable Judge Farnan to the 3rd Circuit Court of Appeals. (See attached order Exh. A)

Dated 11-20-05

x _____
Ronald E. Proctor Jr
1181 Paddock Rd
Smy. DE 19977



I/M Ro Proctor
SBI# 163050 UNIT M/AUS
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"Legal Mail"

X-RAY

Clerk, U.S. District Court
844 King St., Lock Box 18
Wilm, DE
19801