No. 5-5200

Proctor

vs.

McCain, et al.

Ronald E. Proctor ###163750, Appellant

(Delaware District Civil No. 04-cv-01370)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

Marcia M. Waldron
Clerk

Date: January 23, 2006

cc:
Ronald E. Proctor ###163750 Jr.
Office of Attorney General of Delaware

A True Copy:

Marcia M. Waldron, Clerk